Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(See Attached Sheet)

vs

ROSSI CONCRETE, INC., a California Corporation; JOSEPH JAMES ROSSI, an individual; ROSSI CONCRETE INC. DEFINED BENEFIT PENSION PLAN, an employee pension benefit plan

**FILED**
AUG 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1442 BTM CAB

TO: (Name and Address of Defendant)

ORIGINAL

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alexander B. Cvitan, Esq.
J. David Sackman, Esq.
Natalia Bautista, Esq.
REICH, ADELL & CVITAN, A PLC
3550 Wilshire Blvd., Suite 2000
Los Angeles, CA 90010-2421

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By J. _____, Deputy Clerk

AUG - 8 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**Attachment to Summons**

ENEDINO DURAN GOMEZ;
GERARDO DURAN TOVAR;
REYNALDO GALVAN; OSCAR
GARCIA-TOVAR; ZACARIAS
GUTIERREZ MILLA; ALVARO
JUAN JIMENEZ; ANTONIO
JIMENEZ; ANDRES MILLAN; JUAN
MILLAN-MARTINEZ; BENITO
ROJAS; RAFAEL VELAZQUEZ, and
a Class of similarly-situated employees
and participants,

        Plaintiffs