# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENEDINO DURAN GOMEZ, et al., | Case No. 08cv1442 BTM (CAB) |
| Plaintiffs, | **ORDER RE SUR-REPLY** |
| v. | |
| ROSSI CONCRETE, INC., et al., | |
| Defendants. | |

Defendants have filed an objection to Plaintiffs' reply brief, arguing that it presents new arguments and evidence not presented in Plaintiffs' original motion.  Defendants ask the Court to strike the new material or for leave to file a sur-reply.  The Court grants Defendants leave to file a sur-reply.  Defendants may file one fifteen-page brief, and it must be filed by July 16, 2010.  Defendants may not raise additional issues not raised by Plaintiffs' reply brief.

**IT IS SO ORDERED.**

DATED:  July 1, 2010

Honorable Barry Ted Moskowitz
United States District Judge

1